## FOLSOM v. ORIENT FIRE INS. CO.

A suit brought by F. on a policy of insurance, issued to him, payable in case of loss to B., as his interest may appear, may be maintained for the benefit of B. if he appears as plaintiff in interest, even though F. has no title to the property insured.

Judgment may be rendered on a verdict for the plaintiff, in such a suit, for the benefit of B., if after verdict he appear as plaintiff in interest.

ASSUMPSIT, on a policy of insurance on the plaintiff's half interest in a dwelling-house and furniture therein and in a shed, "loss if any payable to B., as his interest may appear." The plaintiff had no legal title to the property insured at the time of the fire, nor when the policy was issued, though the deeds conveying the property from B. to him had been made and executed, but had not been delivered. The defendants' agent knew the true state of the title. The defendants moved for a nonsuit because the plaintiff had no title and no insurable interest in the property destroyed at the time of making the policy nor at the time of the fire.

Motion denied, and the defendants excepted.

The plaintiff had a verdict which the defendants moved to set aside.

*Stone* and *Barnard*, for the defendants.

*Hibbard* and *Whipple*, for the plaintiff.

STANLEY, J.   The policy was, in terms, "payable in case of loss to B., as his interest may appear." The defendants had full knowledge of the state of the title.   With that knowledge they issued the policy and received the premium therefor.   At the time of the fire the whole title was in B.   On these facts the action may he maintained in the plaintiff's name for the benefit of B., and, if he shall elect to come in and prosecute this suit as plaintiff in interest, there may be judgment on the verdict.   Gen. St., *c.* 207, *ss.* 8 and 9.

*Stebbins* v. *Ins. Co., post.*   Whether the suit could be maintained in the name of B. *(Martin* v. *F. F. Ins. Co.*, 9 Vroom 140 ; *Bailey* v. *N. E. M. L. Ins. Co.*, 19 Am. Rep. 329 and *n.)* is a question we need not consider.

*Case discharged.*

FOSTER J., did not sit : the others concurred.